he endeavored to explain his good faith in failing to pay the account in accordance with his alleged agreement, where it appeared that such agreement related to a date subsequent to that of the sale. Such an agreement being a nudum pactum, evidence upon this point is immaterial. The sole question in such an issue is whether or not the defendant made an original binding promise, before the sale of the goods, that he would pay for them.

5. The charge of the court, carved up as in the motion for a new trial, may possibly contain slight inaccuracies of statement, but the whole charge, taken together, is free from substantial error, and correctly gave the rules of law governing the facts of the case. The verdict was authorized by the evidence.

　　　　*Judgment affirmed. Broyles, P. J., and Bloodworth, J., concur.*
　　　　　　　　DECIDED JANUARY 23, 1917.

Complaint; from city court of Blakely—Judge Sheffield. February 22, 1916.

　*Glessner & Collins,* for plaintiff in error.　*Billie B. Bush,* contra.

---

### 7330.  JAMES *v.* BOYETT.

BROYLES, P. J. 1. This was a suit on account for fertilizer furnished to a person other than the defendant, and the jury found for the defendant. The controlling issue in the case was whether there was an original undertaking between the plaintiff and the defendant, or whether the fertilizer was sold by the plaintiff to the third person named on an oral promise by the defendant that he would become surety for that person in the transaction; and there was evidence which authorized the jury to find that it was a case of suretyship only.

2. The grounds of the amendment to the motion for a new trial, not being specifically argued in the brief of counsel for plaintiff in error, are deemed abandoned. The general statement in the brief that "plaintiff in error insists most strongly on each and all of the amended grounds of motion for new trial and does not abandon any of them, but says that the court erred as set forth in each of the amended grounds," is not sufficient to change the rule. *Youmans v. Moore,* 11 *Ga. App.* 66 (74 S. E. 710); *Muse v. Hall,* 18 *Ga. App.* 651 (3) (90 S. E. 222).

　　　　*Judgment affirmed. Jenkins and Bloodworth, JJ., concur.*
　　　　　　　　DECIDED JANUARY 23, 1917.

Complaint; from city court of Blakely—Judge Sheffield. February 22, 1916.

　*B. B. Bush,* for plaintiff.　*Glessner & Collins,* for defendant.